Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  14–33071–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David Korang
204 Cherry Street
Mount Holly, NJ 08060

Deborah Korang
204 Cherry Street
Mount Holly, NJ 08060

Social Security No.:
xxx–xx–3729                          xxx–xx–1234

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 22, 2015.

On 4/12/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                    May 22, 2018
Time:                    10:00 AM
Location:                Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
    a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
    of a secure claim, such holders acceptance or rejection of the Plan before modification will
    be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
    holders acceptance or rejection of the Plan within the time fixed.

3.  **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
    the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 13, 2018
JAN: vpm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-33071-MBK
David Korang                                                              Chapter 13
Deborah Korang
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 2              Date Rcvd: Apr 13, 2018
                             Form ID: 185            Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2018.
db/jdb        +David Korang,   Deborah Korang,   204 Cherry Street,   Mount Holly, NJ 08060-1422
cr            +Beneficial Bank,   c/o Dembo & Saldutti, LLP,   1300 Route 73, Suite 205,
               Mt. Laurel, NJ 08054-2200
515179406     +ALTAIR OH XIII, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
515292434      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515168091     +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
515230031     +Beneficial Bank,   c/o Dembo & Saldutti LLP,   1300 Route 73,   Suite 205,
               Mount Laurel, NJ 08054-2200
515168092     +Beneficial Bank,   530 Walnut Street,   Philadelphia, PA 19106-3624
515168093     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,   Po Box 85520,   Richmond, VA  23285)
515168094     +Cap1/boscv,   26525 N Riverwoods Blvd,   Mettawa, IL 60045-3440
515272331      Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515168095     +Capital One, N.a.,   Po Box 30273,   Salt Lake City, UT 84130-0273
515168098     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
515168096     +Chase,   Po Box 24696,   Columbus, OH 43224-0696
515168097     +Chase,   Attention Corporate Officer,   Po Box 24696,   Columbus, OH 43224-0696
515168099     +Dept Of Ed/sallie Mae,   11100 Usa Pkwy,   Fishers, IN 46037-9203
515698758     +JPMORGAN CHASE BANK, N.A.,   Attn: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,
               Monroe, LA 71203-4774
515181863      JPMorgan Chase Bank, N.A.,   c/o Five Lakes Agency, Inc.,   P.O. Box 80730,
               Rochester, MI  48308-0730
516159780     +Specialized Loan Servicing LLC,   8742 Lucent Blvd Suite 300,   Highlands Ranch, CO 80129-2386
517425610     +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
515168104     +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 13 2018 23:17:11     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 13 2018 23:17:07     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
515168100     +E-mail/PDF: gecsedi@recoverycorp.com Apr 13 2018 23:13:13     Gecrb/lowes,
               4125 Windward Plaza,   Alpharetta, GA 30005-8738
515168101     +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 13 2018 23:16:34     Kohls/capone,
               Po Box 3115,   Milwaukee, WI 53201-3115
515337969      E-mail/PDF: pa_dc_ed@navient.com Apr 13 2018 23:19:29
               Navient Solutions, Inc. Department of Education,   Loan Services,   P.O. Box 9635,
               Wilkes-Barre, PA 18773-9635
515168102     +E-mail/PDF: cbp@onemainfinancial.com Apr 13 2018 23:13:30     Onemain Fi,   Po Box 499,
               Hanover, MD 21076-0499
515377125      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 13 2018 23:19:39
               Portfolio Recovery Associates, LLC,   c/o Best Buy,   POB 41067,   Norfolk VA 23541
515377335      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 13 2018 23:19:39
               Portfolio Recovery Associates, LLC,   c/o Capital One,   POB 41067,   Norfolk VA 23541
515359927      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 13 2018 23:19:40
               Portfolio Recovery Associates, LLC,   c/o Capital One, NA,   POB 41067,   Norfolk VA 23541
515377349      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 13 2018 23:19:29
               Portfolio Recovery Associates, LLC,   c/o Lowes,   POB 41067,   Norfolk VA 23541
515168103     +E-mail/PDF: pa_dc_claims@navient.com Apr 13 2018 23:19:28     Sallie Mae,   Po Box 9500,
               Wilkes Barre, PA 18773-9500
                                                                                         TOTAL: 11

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Apr 13, 2018
                              Form ID: 185             Total Noticed: 31
```

            ***** BYPASSED RECIPIENTS (continued) *****


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2018 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Albert  Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    Specialized Loan Servicing LLC
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kyle Francis Eingorn    on behalf of Creditor    Beneficial Bank keingorn@dbblegal.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing LLC
               rsolarz@kmllawgroup.com
              Travis J. Richards    on behalf of Joint Debtor Deborah  Korang richardslegal@yahoo.com,
               G19226@notify.cincompass.com,travis.richards@yahoo.com
              Travis J. Richards    on behalf of Debtor David  Korang richardslegal@yahoo.com,
               G19226@notify.cincompass.com,travis.richards@yahoo.com
                                                                             TOTAL: 8
```