**Information to identify the case:**

| Debtor 1 | David Korang | | Social Security number or ITIN | xxx–xx–3729 |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Deborah Korang | | Social Security number or ITIN | xxx–xx–1234 |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | | |
| Case number: | 14–33071–MBK | | | |

# Order of Discharge          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David Korang                                      Deborah Korang

3/5/20                                            **By the court:** Michael B. Kaplan
                                                               United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
David Korang
Deborah Korang
    Debtors

Case No. 14-33071-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Mar 05, 2020
Form ID: 3180W     Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2020.

```
db/jdb         +David Korang,    Deborah Korang,    204 Cherry Street,    Mount Holly, NJ 08060-1422
cr             +Beneficial Bank,    c/o Dembo & Saldutti, LLP,     1300 Route 73, Suite 205,
                 Mt. Laurel, NJ 08054-2200
515179406      +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
515230031      +Beneficial Bank,    c/o Dembo & Saldutti LLP,     1300 Route 73,    Suite 205,
                 Mount Laurel, NJ 08054-2200
515168092      +Beneficial Bank,    530 Walnut Street,    Philadelphia, PA 19106-3624
515168096      +Chase,   Po Box 24696,    Columbus, OH 43224-0696
515168097      +Chase,   Attention Coorporate Officer,    Po Box 24696,    Columbus, OH 43224-0696
515168099      +Dept Of Ed/sallie Mae,    11100 Usa Pkwy,    Fishers, IN 46037-9203
515698758      +JPMORGAN CHASE BANK, N.A.,    Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                 Monroe, LA 71203-4774
515181863      +JPMorgan Chase Bank, N.A.,    700 Kansas Ln, Mail Code LA4-5555,    Monroe, LA 71203-4774
516159780      +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
517425610      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2020 01:45:33     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2020 01:45:29     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515292434       EDI: BECKLEE.COM Mar 06 2020 05:43:00     American Express Bank, FSB,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
515168091      +EDI: AMEREXPR.COM Mar 06 2020 05:43:00     Amex,   Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
515168093       EDI: CAPITALONE.COM Mar 06 2020 05:43:00     Cap One,    Po Box 85520,    Richmond, VA  23285
515168094      +EDI: CAPITALONE.COM Mar 06 2020 05:43:00     Cap1/boscv,    26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3440
515272331       EDI: BL-BECKET.COM Mar 06 2020 05:43:00     Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
515168095      +EDI: CAPITALONE.COM Mar 06 2020 05:43:00     Capital One, N.a.,    Po Box 30273,
                 Salt Lake City, UT 84130-0273
515168100      +EDI: RMSC.COM Mar 06 2020 05:43:00     Gecrb/lowes,    4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
515168098       EDI: JPMORGANCHASE Mar 06 2020 05:43:00     Chase,   Po Box 15298,    Wilmington, DE  19850
515168101      +E-mail/Text: bncnotices@becket-lee.com Mar 06 2020 01:44:22     Kohls/capone,    Po Box 3115,
                 Milwaukee, WI 53201-3115
515337969       EDI: NAVIENTFKASMDOE.COM Mar 06 2020 05:43:00
                 Navient Solutions, Inc. Department of Education,    Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
515168102      +EDI: AGFINANCE.COM Mar 06 2020 05:43:00     Onemain Fi,    Po Box 499,    Hanover, MD 21076-0499
515377125       EDI: PRA.COM Mar 06 2020 05:43:00     Portfolio Recovery Associates, LLC,    c/o Best Buy,
                 POB 41067,    Norfolk VA 23541
515377335       EDI: PRA.COM Mar 06 2020 05:43:00     Portfolio Recovery Associates, LLC,    c/o Capital One,
                 POB 41067,    Norfolk VA 23541
515359927       EDI: PRA.COM Mar 06 2020 05:43:00     Portfolio Recovery Associates, LLC,    c/o Capital One, NA,
                 POB 41067,    Norfolk VA 23541
515377349       EDI: PRA.COM Mar 06 2020 05:43:00     Portfolio Recovery Associates, LLC,    c/o Lowes,
                 POB 41067,    Norfolk VA 23541
515168103      +EDI: NAVIENTFKASMSERV.COM Mar 06 2020 05:43:00     Sallie Mae,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
515168104      +EDI: CITICORP.COM Mar 06 2020 05:43:00     Thd/cbna,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
                                                                                              TOTAL: 19
```

      ***** BYPASSED RECIPIENTS *****
NONE.             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 05, 2020
                              Form ID: 3180W           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2020 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    Specialized Loan Servicing LLC
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kyle Francis Eingorn    on behalf of Creditor    Beneficial Bank keingorn@dbblegal.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing LLC
               rsolarz@kmllawgroup.com
              Travis J. Richards    on behalf of Joint Debtor Deborah   Korang richardslegal@yahoo.com,
               G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal
              Travis J. Richards    on behalf of Debtor David   Korang richardslegal@yahoo.com,
               G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal
                                                                                             TOTAL: 8
```