Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 14–33071–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| David Korang | Deborah Korang |
| 204 Cherry Street | 204 Cherry Street |
| Mount Holly, NJ 08060 | Mount Holly, NJ 08060 |

Social Security No.:
  xxx–xx–3729                                                                xxx–xx–1234

Employer's Tax I.D. No.:

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>March 30, 2020</u>              <u>Michael B. Kaplan</u>
                                                Judge, United States Bankruptcy Court